UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:14-CR-00278
    18 U.S.C. § 1035

PAULA JANE BUTTERFIELD

## I N F O R M A T I O N

The United States Attorney Charges:

At all times relevant to this Information:

### Background

1. Trivillian's Pharmacy, a corporate entity, was located at 215 35th Street, SE, Charleston (or, Kanawha City), West Virginia, within Kanawha County and the Southern District of West Virginia. Trivillian's Pharmacy was a retail and compounding pharmacy which licensed by the West Virginia Board of Pharmacy, and registered with the Drug Enforcement Administration to dispense controlled substances.

2. Compounding involved the combining, mixing, or altering of ingredients to create a drug or medication tailored to the needs of the individual patient.

3. Trivillian's Pharmacy was also an authorized Medicare and Medicaid provider, and was therefore bound by the laws, rules and regulations that govern Medicare and Medicaid. As an authorized Medicare and Medicaid provider, Trivillian's Pharmacy submitted claims for reimbursement (or, billing claims) to Medicare and Medicaid for drugs and medications (including compounding medications).

4. Since at least 1999, PAULA JANE BUTTERFIELD was the president, owner and pharmacist-in-charge of Trivillian's Pharmacy. Trivillian's Pharmacy retained the services of several other pharmacists and pharmacy technicians, as well as other employees.

### The Pertinent Health Care Benefit Program

5. Medicare was a health care benefit program as defined in 18 U.S.C. § 24(b) and as referenced in 18 U.S.C. § 1347 – i.e., a "public or private plan or contract, affecting commerce, under which any medical benefit, item, or service is provided to any individual."

### The False Statements Relating to a Health Care Matter

6. Defendant PAULA JANE BUTTERFIELD billed Medicare for drugs or medications which were never dispensed. Specifically:

- PAULA JANE BUTTERFIELD was a Medicare beneficiary who filled prescriptions for herself at Trivillian's Pharmacy.
- During the period of January 16, 2012, through September 18, 2014, she submitted claims to Medicare based on her own prescriptions for Carafate which she did not in fact dispense.
- Based on these false claims, Trivillian's Pharmacy received reimbursement from Medicare to which it was not legally entitled.

## COUNT ONE

7. The allegations contained in paragraphs one through six are alleged and incorporated as if fully set forth here.

8. From in or about January 16, 2012, through September 18, 2014, in the Southern District of West Virginia and elsewhere, the defendant, PAULA JANE BUTTERFIELD, did, in a matter involving a health care benefit program, knowingly and willfully falsify, conceal, and cover up by a trick, scheme, and device a material fact, specifically, claims to Medicare based on her own prescriptions for Carafate which she did not in fact dispense, in connection with the delivery of and payment for health care benefits, items and services involving Medicare, a health care benefit program as defined in 18 U.S.C. § 24(b).

All in violation of Title 18, United States Code, Section 1035.

UNITED STATES OF AMERICA

R. BOOTH GOODWIN II
United States Attorney

By: *Eumi L. Choi*
EUMI L. CHOI
Assistant United States Attorney